UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HARRY L. SNIDER,

        Plaintiff,        Case Numbers: 07-14751 & 01-10012
                                  Honorable David M. Lawson
v.                                      Magistrate Judge Charles E. Binder

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## JUDGMENT

In accordance with this Court's Opinion and Order entered on this date,

It is **ORDERED AND ADJUDGED** that judgment is **GRANTED** in favor of the defendant and against the plaintiff.

It is further **ORDERED AND ADJUDGED** that the decision of the Commissioner is **AFFIRMED**.

                                                  s/David M. Lawson
                                                  DAVID M. LAWSON
                                                  United States District Judge

Dated:   September 22, 2009

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 22, 2009.

                              s/Lisa M. Ware
                              LISA M. WARE